IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

RANDALL LEE MAYS,

          Plaintiff,

v.                                      CIVIL ACTION NO. 3:22-0319

ADMIN ALDRIDGE, et al.,
          Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court grant Defendant Regina Bryant's Motion to Dismiss Amended Complaint and Alternative Motion for Summary Judgment (ECF No. 60). No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Defendant Regina Bryant's Motion to Dismiss Amended Complaint and Alternative Motion for Summary Judgment (ECF No. 60), consistent with the findings and recommendation. This matter remains referred to the Magistrate Judge for further proceedings.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                      ENTER:     June 28, 2023

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE