IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

RANDALL LEE MAYS,

          Plaintiff,

v.                                CIVIL ACTION NO. 3:22-0319

OFFICER ZACH PRIEST, et al.,

          Defendants.

### MEMORANDUM OPINION AND ORDER

      This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court dismiss Plaintiff's Complaints (ECF Nos 2 and 23) without prejudice, and remove this matter from the docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Plaintiff's Complaints (ECF Nos 2 and 23) without prejudice, and **REMOVES** this matter from the docket, consistent with the findings and recommendation.

      The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                              ENTER:      March 8, 2024

                              ROBERT C. CHAMBERS
                              UNITED STATES DISTRICT JUDGE